# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BARBARA STONE et al.,

    Plaintiffs,

v.                                       CASE NO. 4:19cv434-RH-CAS

RONALD DESANTIS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed.

As set out in the report and recommendation, the plaintiffs have not established that they are unable to pay the filing fee, because not all the plaintiffs have submitted the required financial information. The plaintiffs have not paid the filing fee. And they have not responded to orders requiring them to pay the filing fee or submit material establishing eligibility to proceed *in forma pauperis*. Accordingly,

    IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on December 7, 2019.

s/Robert L. Hinkle  
United States District Judge